# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Fall River, MA   **Category No.** II   **Investigating Agency** DEA

**City:** Fall River
**County:** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number: 24-6649-MPK
Search Warrant Case Number: See Below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Information:**
**Defendant Name:** Benjamin Hunt   Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
**Alias Name:** _____
**Address:** 212 Quequechan Street, Apartment 3, Fall River, Massachusetts 02723
**Birth date (Yr only):** 1998   **SSN (last 4#):** 3271   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Mackenzie Duane   **Bar Number if applicable:** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/27/2024   **Signature of AUSA:** /s/

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Benjamin Hunt

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute controlled substances | 3 |
| Set 2 | 21 U.S.C. § 922(O) | Transfer or Possession of a Machinegun | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

24-5226-JGD, 24-5227-JGD, 24-5228-JGD, 24-5231-JGD, 24-6641-MPK, 24-6442-MPK, 24-6443-MPK, 24-6444-MPK, 24-6445-MPK, 24-6446-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013